UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LESTER DAVIS | CIVIL ACTION NO. 03-1490-A |
| -vs- | JUDGE DRELL |
| C/O TOBY MAYRAN and<br>C/O CHARLES CHRISTY | MAGISTRATE JUDGE KIRK |

# R U L I N G

After reviewing the entire record, including Plaintiff's "Objection to Magistrate Recommendation"[sic] previously filed herein, and in concurring in part with the magistrate judge's findings under the applicable law,

Defendant Charles Christy's motion for summary judgment will be GRANTED pursuant to the magistrate's recommendation. A separate judgment will issue accordingly.

The magistrate's recommendation to dismiss defendant Toby Mayran must be modified to an order staying the proceedings against him pending his return from Iraq and Kuwait. The Service Members Civil Relief Act (50 App. U.S.C.A. §521(d)) requires that a court stay proceedings for a minimum of ninety (90) days when a defendant is in military service. Although this is a 2003 case, the record does not reflect any change in defendant Mayran's status. The Fifth Circuit in

White v. Black, 190 F.3d 366 (1999) concluded that the statute precludes a court from dismissing an action against a defendant in the military, even when the dismissal is without prejudice. Rather, the Court may only stay the action before it until the record is appropriately clarified. Accordingly,

IT IS ORDERED that this action, as to Defendant Mayran, is hereby STAYED.

SIGNED on this 7th day of September, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge