UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LESTER DAVIS | CIVIL ACTION NO. 03-1490-A |
| -vs- | JUDGE DRELL |
| C/O TOBY MAYRAN and<br>C/O CHARLES CHRISTY | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

After reviewing the entire record, including Plaintiff's "Objection to Magistrate Recommendation"[sic] previously filed herein, and in concurring with the magistrate judge's findings under the applicable law,

IT IS ORDERED that defendant Charles Christy's motion for summary judgment is hereby GRANTED. This suit against him is DISMISSED WITH PREJUDICE.

SIGNED on this 7th day of September, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge