```
                    UNITED STATES DISTRICT COURT

                    WESTERN DISTRICT OF LOUISIANA

                         ALEXANDRIA DIVISION


LESTER DAVIS,                         CIVIL ACTION NO. CV03-1490-A
          Plaintiff                   SECTION "P"

VERSUS

C/O MAYRAN, et al.,                   JUDGE DEE D. DRELL
          Defendants                  MAGISTRATE JUDGE JAMES D. KIRK
```

**J U D G M E N T**

    For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

    IT IS ORDERED that Davis' action is DISMISSED WITH PREJUDICE.

    THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22nd day of May 2007.

_____
Dee D. Drell
United States District Judge